# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATHANIEL GETZ,<br>EXECUTOR OF THE ESTATE OF<br>SUZANNE FOUNTAIN<br><br>        *Plaintiff*,<br><br>   v.<br><br>STURM, RUGER & COMPANY, INC.,<br><br>        *Defendant.* | Civil Action No.<br>3:23-cv-01338-RNC<br><br><br><br>**November 13, 2023** |

### PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c), Plaintiff, Nathaniel Getz, by and through his undersigned counsel, respectfully requests that this Court remand the above captioned matter to the Connecticut Superior Court.  In support of this motion, Plaintiff submits a Memorandum of Law in Support of Plaintiff's Motion to Remand, which is being filed contemporaneously with this motion.

NATHANIEL GETZ, EXECUTOR OF THE
ESTATE OF SUZANNE FOUNTAIN

By: */s/ Andrew B. Ranks*
    Andrew B. Ranks, Esq. [ct28751]
    Connecticut Trial Firm, LLC
    437 Naubuc Avenue, Suite 107
    Glastonbury, CT 06033
    Tel: (860) 471-8333
    Fax: (860) 471-8332
    ranks@cttrialfirm.com

**ORAL ARGUMENT IS NOT REQUESTED**

Eric Tirschwell* [ct25626]
Everytown Law
450 Lexington Ave
PO Box 4184
New York, NY. 10017
etirschwell@everytown.org
*admitted pro hac vice, appearance
forthcoming

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing was served electronically on the above captioned date and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated by the Notice of Electronic Filing. Parties may access filing through the Court's CM/ECF System.

Robert Carl Eric Laney
Ryan Ryan Deluca LLP
1000 Lafayette Boulevard, Suite 800
Bridgeport, CT. 06604
roblaney@ryandelucaw.com

James Vogts
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
jvogts@smbtrials.com