# EXHIBIT 4

| | |
|---|---|
| | ORDER   421277 |
| DOCKET NO: UWYCV236072791S | SUPERIOR COURT |
| GETZ, NATHANIEL, EXECUTOR OF THE ESTATE OF SUZANNE | JUDICIAL DISTRICT OF WATERBURY AT WATERBURY |
| V. | |
| STURM, RUGER & COMPANY, INC. | 10/4/2023 |

### ORDER

ORDER REGARDING:
08/23/2023 129.00 OBJECTION TO REQUEST TO AMEND

The foregoing, having been considered by the Court, is hereby:

ORDER: OVERRULED

Superior Court Results Automated Mailing (SCRAM) Notice was sent on the underlying motion.

421277

Judge: BARBARA N BELLIS

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.